IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| ROBERT L. TEMPLETON and DAVID MILLER,<br>    Appellants, | § § § § | |
| V. | § | 2:11-CV-136-J |
| WALTER O'CHESKEY as Chapter 11 Trustee,<br>    Appellee, | § § § § | |
| V. | § § | |
| AMERICAN HOUSING FOUNDATION,<br>    Debtor. | § § | |

## ORDER OF RECUSAL

I hereby recuse in the above cause.

It is so ORDERED.

SIGNED this 5th day of July, 2011.

MARY LOU ROBINSON
United States District Judge